**Carlos Obidio DELGADO–PORTILLO, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–71919.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007 *.

Filed Feb. 26, 2007.

Carlos Obidio Delgado–Portillo, Los Angeles, CA, pro se.

CAC–District, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, TASHIMA and THOMAS, Circuit Judges.

MEMORANDUM **

This is a petition for review of the Board of Immigration Appeals' March 27, 2006 order.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The BIA did not abuse its discretion in denying petitioner's motion to reopen, in light of the fact that petitioner did not offer sufficient evidence to establish a *prima facie* case for relief. *See Khourassany v. INS,* 208 F.3d 1096, 1099 (9th Cir.2000).

Accordingly, respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

**PETITION FOR REVIEW DENIED.**